# 720 · CASES REPORTED WITH BRIEF SYLLABI.

EDUARDO BARREIRO, as Administrator, etc., v. ROBINS DRY DOCK AND REPAIR COMPANY and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

EDWARD A. SILBERSTEIN, Individually, and as Trustee and Attorney in Fact, v. WILLIAM MURDOCH, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so appeal can be argued on or before September 29, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY ALLEN ELY.— Motion to dismiss appeal granted, unless appellant procure record on appeal to be filed on or before June 5, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WALTER J. HILL.— Motion to dismiss appeal granted, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before September 29, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES V. RAINKE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN SCHNAPP.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SAMUEL PHILLIPSON and Others v. MILLER BROS. HAT CO., INC., and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GERTRUDE HALPERN, an Infant, etc., v. UNITED CIGAR STORES COMPANY OF AMERICA, a Foreign Corporation, and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHARLES SCRIBNER'S SONS v. AMERICAN RAILWAY EXPRESS COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHARLES SMITH v. HELLMAN MOTOR CORPORATION, Impleaded, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WILLIAM JAY SCHIEFFELIN v. WILLIAM J. LAHEY and Others.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted so far as to stay the enforcement of the judgment sought to be appealed from until the granting or final refusal of such leave to appeal by the Court of Appeals. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOHN M. BRAINARD and Others v. THE NEW YORK CENTRAL RAILROAD COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ATLANTIC LIGHTERAGE CORPORATION v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ARTHUR FALK v. JACOB L. HOFFMAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.